NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DASSO INTERNATIONAL, INC.,**
*Plaintiff-Appellee*

**EASOON USA, LLC,**
*Plaintiff-Cross-Appellant*

**v.**

**MOSO NORTH AMERICA, INC., MOSO INTERNATIONAL BV,**
*Defendants-Appellants*

**MARK CLIFTON, BRETT KELLY, DAVID S. OSTERMAN, aka Steve Osterman,**
*Defendants*

---

2024-1135, 2024-1178

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:17-cv-01574-MFK and 1:19-cv-00564-MFK, Judge Matthew F. Kennelly.

---

**ON MOTION**

---

Before LOURIE, DYK, and CUNNINGHAM, *Circuit Judges*.

2   DASSO INTERNATIONAL, INC. v. MOSO NORTH AMERICA, INC.

CUNNINGHAM, *Circuit Judge.*

## ORDER

The parties jointly move pursuant to Federal Rules of Appellate Procedure 42(b)(2) and (3) to dismiss these appeals pursuant to a settlement agreement and to remand to the district court "for the purpose of disbursing funds held in escrow" and to instruct the district court "to retain jurisdiction to enforce its permanent injunction until the expiration thereof." ECF No. 52 at 1.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeals are remanded to the United States District Court for the District of Delaware. In granting this motion, the court takes no position as to whether the district court should grant the other relief the parties request.

(2) Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 3, 2025
Date